nodcntc
06/20/2016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:14−bk−16376−BKM

STANFORD LERCH  Chapter: 7
4330 N 5TH AVE #216
PHOENIX, AZ 85013
**SSAN:** xxx−xx−4752
**EIN:**

SUSAN LERCH
4330 N 5TH AVE #216
PHOENIX, AZ 85013
**SSAN:** xxx−xx−3716
**EIN:**

Debtor(s)

## NOTICE THAT CASE HAS BEEN CLOSED WITHOUT ENTRY OF A DISCHARGE

---

This case was closed on 11/28/17 **without a discharge being granted.**

- ☑ Debtor(s) failed to file certification of completion of an approved instructional course concerning personal financial management required under 727(a)(11) or 1328(g)(1) of the Bankruptcy Code.

- ☐ Debtor(s) failed to file certification that all domestic support obligations required by a judicial or adminstrative order, or by statute, have been paid pursuant to 1328(a) or 1228(a)(1) of the Bankruptcy Code.

- ☐ Debtor(s) did not receive a discharge in this case because debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. §727(a)(8), §1328(f)(1) or §1328(f)(2) .

- ☐ **OTHER:**

**Date: November 28, 2017**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **George Prentice**
Phoenix, AZ 85003−1727

Telephone number: (602) 682–4000
www.azb.uscourts.gov

Case 2:14-bk-16376-BKM    Doc 181    Filed 11/28/17    Entered 11/28/17 08:44:13    Desc
Ntc Closed w/o Discharge    Page 2 of 2